No. 4403.—PUEBLO, apldo., v. DÍAZ, aplte.—C. D. San Juan. Alterar la paz. Febrero 16, 1931.

No. 4404.—PUEBLO, apldo., v. DÍAZ, aplte.—C. D. San Juan. Portar armas. Febrero 16, 1931.

No. 4414.—PUEBLO, apldo., v. RUIZ ET AL., apltes.—C. D. San Juan. Infracción Ley de Sanidad. Marzo 2, 1931.

No. 4412.—PUEBLO, apldo., v. VIVES ET ALS., apltes.—C. D. Ponce. Infracción artículo 137 del Código Penál. Marzo 2, 1931.

No. 4413.—PUEBLO, apldo., v. RUIZ ET AL., apltes.—C. D. San Juan. Infracción Ley de Sanidad. Marzo 2, 1931.

No. 4411.—PUEBLO, apldo., v. VIVES (a) TAPALODO, aplte. —C. D. Ponce. Acometimiento y agresión grave. Marzo 2, 1931.

No. 4410.—PUEBLO, apldo., v. RIVERA, aplte.—C. D. Ponce. Acometimiento y agresión grave. Marzo 2, 1931.

No. 4409.—PUEBLO, apldo., v. GARCÍA, aplte.—C. D. San Juan. Infracción sección 1 Ley No. 28 de 1921. Marzo 2, 1931.

No. 4408.—PUEBLO, apldo., v. COSME ET AL., apltes.—C. D. San Juan. Adulteración de leche. Marzo 2, 1931.

No. 4407.—PUEBLO, apldo., v. FRAGOSO, apltes.—C. D. San Juan. Portar armas. Marzo 2, 1931.

No. 4406.—PUEBLO, apldo., v. FRAGOSO, aplte.—C. D. San Juan. Acometimiento grave. Marzo 2, 1931.

No. 4422.—PUEBLO, apldo., v. ZAYAS, aplte.—C. D. San Juan. Acometimiento y agresión grave. Marzo 9, 1931.

No. 4421.—PUEBLO, apldo., v. FONT, aplte.—C. D. San Juan. Acometimiento y agresión grave. Marzo 9, 1931.

No. 4420.—PUEBLO, apldo., v. BONILLA, aplte.—C. D. San Juan. Acometimiento y agresión con circunstancias agravantes. Marzo 9, 1931.

No. 4419.—PUEBLO, apldo., v. ARCHILLA, aplte.—C. D. San Juan. Acometimiento y agresión grave. Marzo 9, 1931.

No. 4418.—PUEBLO, apldo., v. OLIVERAS, aplte.—C. D. San

Juan. Acometimiento y agresión con circunstancias agravantes. Marzo 9, 1931.

No. 4417.—PUEBLO, apldo., v. OLIVERAS, aplte.—C. D. San Juan. Portar armas prohibidas. Marzo 9, 1931.

No. 4415.—PUEBLO, apldo., v. CUESTAS, aplte.—C. D. San Juan. Abandono de menores. Marzo 9, 1931.

No. 4156.—PUEBLO, apldo., v. CORDERO, aplte.—C. D. Arecibo. Escalamiento en primer grado. Junio 25, 1930.

No. 4151.—PUEBLO, apldo., v. NEVES, aplte.—C. D. Arecibo. Delito subsiguiente de hurto de menor cuantía. Junio 25, 1930.

No. 4207.—PUEBLO, apldo., v. GARCÍA, aplte.—C. D. San Juan. Portar armas. Julio 7, 1930.

No. 4208.—PUEBLO, apldo., v. CINTRÓN, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Julio 7, 1930.

No. 4150.—PUEBLO, apldo., v. VARGAS, aplte.—C. D. Ponce. Violación. Julio 7, 1930.

No. 4209.—PUEBLO, apldo., v. CINTRÓN, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Julio 7, 1930.

No. 4153.—PUEBLO, apldo., v. RODRÍGUEZ, aplte.—C. D. Arecibo. Escalamiento en primer grado. Julio 8, 1930.

No. 4152.—PUEBLO, apldo., v. RODRÍGUEZ, aplte.—C. D. Arecibo. Escalamiento en primer grado. Julio 8, 1930.

No. 4211.—PUEBLO, apldo., v. SANTOS, aplte.—C. D. Guayama. Asesinato en primer grado. Julio 8, 1930.

No. 4182.—PUEBLO, apldo., v. NATAL, aplte.—C. D. Arecibo. Escalamiento en primer grado. Julio 10, 1930.

No. 4229.—PUEBLO, apldo., v. ORTIZ, aplte.— C. D. San Juan. Portar armas. Julio 14, 1930.

No. 4222.—PUEBLO, apldo., v. MÉNDEZ, aplte.—C. D. Aguadilla. Adulteración de leche. Julio 14, 1930.

No. 4228.—PUEBLO, apldo., v. LÓPEZ HERMANOS, aplte.—